JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD NAVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PENTAIR WATER POOLS AND SPA, INC., et al.,<br><br>　　　　Defendants. | Case No. CV 23-5441 FMO (SKx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　　　Having been advised by counsel that the above-entitled action has been settled, (Dkt. 19, Mediation Report), IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown by no later than **February 29, 2024,** to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice.  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 30th day of January, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge